IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-CV-870119-MIDDLEBROOKS/Brannon

MAX SAFIER,

        Plaintiff,

v.

PROMISE HEALTHCARE, INC.,
a Florida corporation,

        Defendant.

_____/

## DEFENDANT, PROMISE HEALTHCARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Promise Healthcare, Inc. ("Promise Healthcare"), pursuant to Local Rule 7.1, moves for a two-week extension of time to respond to the Complaint, and states as follows:

1. On February 2, 2018, Plaintiff commenced this action. Promise Healthcare was served with the Complaint on February 15, 2018, making its current deadline to respond to the Complaint March 8, 2018.

2. The undersigned was only recently retained to represent Promise Healthcare with respect to this matter and is still in the process of investigating the allegations of the Complaint. Thus, Promise Healthcare requests a brief, two-week extension of time to respond to the Complaint through and including March 22, 2018.

3. This Motion is not being made for the purpose of undue delay and no party will suffer any prejudice if this Motion is granted. Further, the requested extension is also being sought to allow the parties to focus their efforts on exploring early settlement possibilities.

4. Pursuant to Local Rule 7.1, the undersigned certifies that counsel have conferred regarding the relief sought in this Motion and that Plaintiff's counsel confirmed that Plaintiff does not oppose the relief sought in this Motion.

WHEREFORE, Defendant, PROMISE HEALTHCARE, INC., respectfully requests that this Court enter an order granting Defendant a two-week extension of time to respond to the Complaint through and including March 22, 2018, along with such other relief as this Court deems necessary, just and proper.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ Matthew B. Criscuolo
Matthew B. Criscuolo
Florida Bar No. 58441
Email: mcriscuolo@cozen.com
Cozen O'Connor
One North Clematis Street, Suite 510
West Palm Beach, Florida 33401
Telephone: (561) 515-5250
Facsimile: (561) 515-5230

and

Susan N. Eisenberg, Esq.
Florida Bar No. 600393
Email: SEisenberg@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5940
Facsimile: (305) 704-5955

*Attorneys for Defendant, Promise Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/   Matthew B. Criscuolo
Matthew B. Criscuolo

**SERVICE LIST**

*Counsel for Plaintiff*
Chad E. Levy, Esq.
David Cozad, Esq.
Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida 33323
Telephone: 954-763-5722
Facsimile: 954-763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com

# PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-CV-870119-MIDDLEBROOKS/Brannon

MAX SAFIER,

    Plaintiff,

v.

PROMISE HEALTHCARE, INC.,
a Florida corporation,

    Defendant.

_____/

**ORDER ON DEFENDANT, PROMISE HEALTHCARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**THIS MATTER** is before the Court on Defendant, Promise Healthcare, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint [D. E.    ]. The Court having further reviewed the pleadings in this matter and being otherwise duly advised in the premises, it is hereupon, **ORDERED AND ADJUDGED** as follows:

1. Defendant, Promise Healthcare, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint is **GRANTED.**

2. Defendant shall respond to the Complaint by no later than March 22, 2018.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this _____ day of March, 2018.

                                                                  _____
                                                                  The Honorable Donald M. Middlebrooks
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished:
All Counsel of Record